NOVEMBER 29, 1976

No. 76–373. INTERSTATE COMMERCE COMMISSION *v.* CENTRAL OF GEORGIA RAILROAD CO. ET AL. Affirmed on appeal from D. C. D. C. MR. JUSTICE POWELL took no part in the consideration or decision of this case.